UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA IP LAW, PC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN MICHAEL MISER,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00127-KES-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 18). |

　　　On June 7, 2024, the parties filed a joint stipulation dismissing this action (including the counterclaims) with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

　　　Accordingly, the Clerk of Court is directed to close this case and to terminate the motion to dismiss (ECF No. 15) as no longer pending.

IT IS SO ORDERED.

　　　Dated:　**June 10, 2024**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1